**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG**

ERIC DRAKE,

    Plaintiff,

v.             CIVIL ACTION NO: 1:20-cv-247
              (JUDGE KLEEH)
JOSEPH ROBINETTE BIDEN, JR,

    Defendant.

## REPORT AND RECOMMENDATION RECOMMEDING THAT PLAINTIFF'S *PRO SE* MOTION FOR VOLUNTARY DISMISSAL BE GRANTED

This matter is before the undersigned by an Order of Referral entered by United States District Judge Thomas S. Kleeh on November 5, 2020. (ECF No. 6). Presently pending before the Court is Plaintiff's *pro se* Motion for Nonsuit without Prejudice (ECF No. 5) filed by postal mail, and received by the Clerk of Court on November 5, 2020. In his motion, Plaintiff states, pursuant to Federal Rule of Civil Procedure 41, he "comes before the Court to dismiss the above cause of action without prejudice of its refiling." (ECF No. 5).

Federal Rule of Civil Procedure 41 provides, in relevant part, that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  "This 'dismissal is available as a matter of unconditional right . . . and is self-executing, i.e., it is effective at the moment the notice is filed with the clerk and no judicial approval is required." Hawthorne v. Duhig et al., Civil Action No. 3:14-CV-108, ECF No. 7 at 1 (N.D.W.Va. 2014), citing Finley Lines Joint Protective Bd. V. Norfolk S. Corp., 109 F.3d 993, 995 (4th Cir. 1997). Accordingly, the Plaintiff "has a right to dismiss this case voluntarily before the Defendants file an answer or

motion." Id. at 2. Unless the notice states otherwise, the dismissal is generally without prejudice.[1] Fed. R. Civ. P. 41(a)(1)(B).

Neither of the named Defendants in this case have been served or appeared, and as a result, neither have filed an answer or otherwise participated in this action. Moreover, Plaintiff's motion, construed as a notice of dismissal under Rule 41(a)(1)(A)(i), specifies that he intends this voluntary dismissal to be without prejudice. (ECF No. 5). Accordingly, the undersigned **RECOMMENDS** that Plaintiff's motion (ECF No. 5) be **GRANTED**.

Any party have fourteen (14) days (filing of objections) and then three days (mailing/service) from the date of the filing of this Report and Recommendation to file with the Clerk of the Court **specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.** A copy of such objections should also be submitted to the Honorable Thomas Kleeh, United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to timely file written objections to the Report and Recommendation as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

---

[1] However, any previous dismissal of a federal or state court action based on or including the same claim will cause a notice of a dismissal to operate as an adjudication on the merits. Fed. R. Civ. P. 41(a)(1)(B).

The Court directs the Clerk of the Court to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED**:  November 9, 2020

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE